1  MICHAEL A. LAURENSON  (SBN: 190023)
   GORDON & REES LLP
2  1111 Broadway, Suite 1700
   Oakland, CA  94607
3  Telephone:  (510) 463-8600
   Facsimile:   (510) 984-1721
4  mlaurenson@gordonrees.com

5  Attorneys for Defendant
   TAULIA INC.
6

7  MAMTA AHLUWALIA
   HKM EMPLOYMENT ATTORNEYS LLP
8  453 S. Spring Street, Suite 1008
   Los Angeles, CA  90013
9  Telephone: (213) 259-9950
   Facsimile: (213) 477-2391
10 mahluwalia@hkm.com

11 Attorneys for Plaintiff
   THOMAS EVANKOVICH
12

13                     UNITED STATE DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

17 THOMAS EVANKOVICH, an individual    )  CASE NO.  4:15-cv-03688-DMR
                                       )
18                   Plaintiff,        )  **STIPULATION AND [PROPOSED]**
                                       )  **ORDER FOR DISMISSAL WITH**
19       vs.                           )  **PREJUDICE**
                                       )
20 TAULIA INC., a Corporation,         )
                                       )
21                   Defendant.        )
                                       )
22                                     )
                                       )
23 _____      )

24

25     IT IS HEREBY STIPULATED by and between the parties to this action through their

26 designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice

27 pursuant to Fed.R. Civ.P. 41(a)(2).

28
                                        -1-
   STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
                      CASE NO. 4:15-CV-03688-DMR

1 | Dated: May 26, 2016 | GORDON & REES LLP

2 | By: /s/ Michael A. Laurenson
3 |         Michael A. Laurenson
  | Attorneys for Defendant
4 | TAULIA INC.

6 | Dated: May 26, 2016 | HKM EMPLOYMENT ATTORNEYS LLP

8 | By: /s/ Mamta Ahluwalia
  |         Mamta Ahluwalia
  | Attorneys for Plaintiff
9 | THOMAS EVANKOVICH

[PROPOSED] ORDER

The above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2).

IT IS SO ORDERED.

Dated: __May 31__, 2016

IT IS SO ORDERED

Judge Donna M. Ryu
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 1111 Broadway, Suite 1700, Oakland, CA 94607. On the date set forth below, I served a copy of the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

[X] by electronically serving the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 26, 2016 at Oakland, California.

*[signature]*

_____
Eileen Spiers